# CASE ANNOUNCEMENTS

*March 31, 2010*

[Cite as *03/31/2010 Case Announcements*, 2010-Ohio-1315.]

## MOTION AND PROCEDURAL RULINGS

**In re Parker.**
On March 4, 2010, this court found Deborah A. Parker to be a vexatious litigator under S.Ct.Prac.R. 14.5(B). This court further ordered that Parker was prohibited from filing an affidavit of disqualification without first seeking leave. On March 22, 2010, Parker submitted a motion for leave to file an affidavit of disqualification. Upon review of the proffered documents the court finds them without merit. Accordingly,

It is ordered by the court that Deborah A. Parker's motion for leave is denied.

**In re Karnofel.**
On February 10, 2010, this court found Delores Karnofel to be a vexatious litigator under S.Ct.Prac.R. 14.5(B). This court further ordered that Karnofel was prohibited from continuing or instituting legal proceedings in this court without first obtaining leave. On March 25, 2010, Karnofel submitted a motion for leave to proceed. Upon review of the proffered document the court finds it without merit. Accordingly,

It is ordered by the court that Delores Karnofel's motion for leave is denied.

## DISCIPLINARY CASES

**2007–1547.  Cleveland Bar Assn. v. Kraus.**
This cause came on for further consideration upon respondent's filing of an application for reinstatement on March 8, 2010. On March 15, 2010, relator filed a response to the application and a motion to file exhibits under seal. Upon consideration thereof,

It is ordered by the court that the motion to file exhibits under seal is granted. It is further ordered that the exhibits to relator's response are sealed.

# CASE ANNOUNCEMENTS

*March 31, 2010*

[Cite as *03/31/2010 Case Announcements #2*, 2010-Ohio-1376.]

## MOTION AND PROCEDURAL RULINGS

**2010–0499.  [State ex rel.] Zukowski v. Brunner.**
This cause originated in this court on the filing of a complaint for an unspecified writ involving an expedited election matter. Upon consideration of respondent's answer, which was not served in accordance with S.Ct.Prac.R. 10.9(C),

It is ordered by the court, sua sponte, that respondent serve relator with a copy of her answer in a manner specified by S.Ct.Prac.R. 10.9(C). Respondent shall file a certificate of service in this case on the same date that service is made. This case shall then proceed in accordance with the schedule set forth in S.Ct.Prac.R. 10.9, with the relator's evidence and merit brief due three days from the date of the filing of the certificate of service.

LUNDBERG STRATTON, J., dissents and would dismiss the cause.